## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL W. MORRISSEY and TONI K. MORRISSEY, | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| | : | No. 14-05193 |
| v. | : : | |
| STATE FARM FIRE & CASUALTY COMPANY, | : : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this 6th day of November 2014, upon consideration of the plaintiffs' motion to remand (Doc. No. 5) and all responses thereto, it is hereby **ORDERED** that the motion is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.