# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL W. MORRISSEY and TONI K. MORRISSEY, <br>       Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE & CASUALTY COMPANY, <br>       Defendant. | CIVIL ACTION <br><br> No. 14-05193 |

## O R D E R

**AND NOW**, this 17th day of December 2014, upon consideration of the defendant's motion to dismiss the plaintiff's amended complaint (Doc. No. 16) and all responses thereto, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

Counts V and VI of the plaintiffs' amended complaint are **DISMISSED**.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] These counts are dismissed without prejudice as explained in the accompanying memorandum.